**Bobby Joe BROWN, Plaintiff—Appellant,**

v.

**Brandon SCOTT, Investigator; Chris Bensel, Investigator; Abbeville County, Defendants—Appellees.**

No. 03–7791.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 15, 2004.

Decided Jan. 28, 2004.

Bobby Joe Brown, Appellant pro se.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

*Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).*

PER CURIAM:

Bobby Joe Brown appeals the district court's orders and judgment adopting the magistrate judge's report and recommendation, dismissing without prejudice Brown's civil rights complaint and denying the motion for reconsideration. We have reviewed the record and the district court's order and affirm on the reasoning of the district court. *See Brown v. Scott,* No. CA–3–633–8–25 (D.S.C. Sept. 5 & Oct. 14, 2003). We dispense with oral argu-

570

ment because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*